UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

MARK RHEINHOLD,

Debtor

Chapter 7
Case No. 15-10976- FJB

**STATEMENT CONCERNING WITHDRAWAL OF APPEARANCE OF JOHN F. SOMMERSTEIN**

Rosenberg & Weinberg have not agreed to represent, let alone, file a Notice of Appearance in this case.

/s/ Herbert Weinberg
Herbert Weinberg, BBO #550415
Rosenberg & Weinberg
805 Turnpike Street, Suite 201
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

BETH W. MBURU

Chapter 13
Case No. 14-15586 FJB

Debtor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Statement Concerning Withdrawal of Appearance of John F. Sommerstein was this day sent, by mailing, first class mail, postage prepaid, to through the Court's ECF system to the following:

Beth W. Mburu
17 Gledhill Avenue
Everett, MA 02149

United States Trustee
5 Post Office Square
Boston, MA 02109

Eric K. Bradford
Office of the U.S. Trustee
5 Post Office Square
10th Floor, Suite 1000
Boston, MA 02109-3934

Michael Van Dam, Esquire
Van Dam Law, LLP
60 William Street
Wellesley, MA 02481

Signed under the pains and penalties of perjury this 29th day of July 2015.

/s/ Herbert Weinberg
Herbert Weinberg, BBO # 550415
Rosenberg & Weinberg
805 Turnpike Street, Suite 201
North Andover, MA 01845
(978) 683-2479
hweinberg@jrhwlaw.com